UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND<br><br>Plaintiffs<br><br>VS.<br><br>ADL CONCRETE CONSTRUCTION CO., INC. and SAM LOMAGLIO<br><br>Defendants | Civil Action No.<br>3:02-CV-1964 (RNC)<br><br><br><br><br><br>November 3, 2003 |

**MOTION TO POSTPONE THE PETITION FOR**
**EXAMINATION OF JUDGMENT DEBTOR**

The Plaintiffs recovered a Default Judgment against ADL Concrete Construction Co., Inc. and Sam Lomaglio, a Connecticut corporation with a principal place of business at 33 Shepard Street, Newington, Connecticut 06111, in the United States District Court for the District of Connecticut at Hartford on February 16, 2003 for *$20,330.69*. The Defendants, although not represented by counsel, have disputed the amount of the Judgement. The Defendants have agreed to allow the Plaintiffs' auditors to conduct an

1
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

audit of the corporation to determine the amount owed. An audit has been scheduled for November 4, 2003.

Based on the above, the Plaintiffs respectfully request to postpone the Examination of Judgment Debtor for a period of sixty (60) days.

THE PLAINTIFFS,

By:_____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

## CERTIFICATION

I hereby certify that a copy of the foregoing Petition for Examination of Judgment Debtor and Order for Examination and Notice have been mailed, first-class and postage prepaid, this 3rd day of November 2003 to the following:

ADL Concrete Construction Co., Inc.
c/o Its Agent for Service
Sam Lomaglio
48 Davenport Road
West Hartford, CT 06110

Sam Lomaglio
78 Hickory Hill Road
Kensington, CT 06037

_____
THOMAS M. BROCKETT

TMB:CLF:ADL CONCRETE.2003
Motion to Postpone Petition for Examination of Judgment Debtor 11-03-03

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719