UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND | Civil Action No. 3:02-CV-1964 (RNC) |
| Plaintiffs | |
| VS. | |
| ADL CONCRETE CONSTRUCTION CO., INC. and SAM LOMAGLIO | November 3, 2003 |
| Defendants | |

GRANTED. SO ORDERED. An examination of judgment hearing shall be held before the undersigned on 1/6/04 at 2:30 p.m.

Donna F. Martinez, U.S.M.J.
11/17/03

**MOTION TO POSTPONE THE PETITION FOR
EXAMINATION OF JUDGMENT DEBTOR**

The Plaintiffs recovered a Default Judgment against ADL Concrete Construction Co., Inc. and Sam Lomaglio, a Connecticut corporation with a principal place of business at 33 Shepard Street, Newington, Connecticut 06111, in the United States District Court for the District of Connecticut at Hartford on February 16, 2003 for *$20,330.69*. The Defendants, although not represented by counsel, have disputed the amount of the Judgement. The Defendants have agreed to allow the Plaintiffs' auditors to conduct an

1