GRANTED. //An examination of /judgment debtor shall be held on January 6, 2004 at 2:30 p.m. SO ORDERED.

Donna F. Martinez, U.S.M.J.
12/17/03



-UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



TRUSTEES OF THE CONNECTICUT LABORERS'
HEALTH FUND; TRUSTEES OF THE CONNECTICUT
LABORERS' PENSION FUND; TRUSTEES OF THE
NEW ENGLAND LABORERS' TRAINING TRUST
FUND; TRUSTEES OF THE CONNECTICUT
LABORERS' LEGAL SERVICES FUND; TRUSTEES OF
THE CONNECTICUT LABORERS' ANNUITY FUND;
TRUSTEES OF THE NEW ENGLAND LABORERS'
LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF
THE NEW ENGLAND LABORERS' HEALTH AND
SAFETY FUND

Civil Action No.
3:02-CV-1964 (RNC)

Plaintiffs

VS.

ADL CONCRETE CONSTRUCTION CO., INC.
and SAM LOMAGLIO

August 18, 2003

Defendants

## PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

TO THE HONORABLE ROBERT N. CHATIGNY, UNITED STATES DISTRICT JUDGE:

The undersigned respectfully represents:

1. That the Plaintiffs recovered a Judgment against ADL Concrete Construction, Inc. and Sam Lomaglio, a Connecticut corporation with a principal place of business at 33 Shepard Street, Newington, Connecticut 06111 in the United States District Court for the District of Connecticut at Hartford on February 16, 2003 for *$20,330.69*.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719