UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -6  P 12: 0

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND<br><br>Plaintiffs<br><br>VS.<br><br>ADL CONCRETE CONSTRUCTION CO., INC. and SAM LOMAGLIO<br><br>Defendants | Civil Action No.<br>3:02-CV-1964 (RNC)<br><br><br><br><br><br><br>January 5, 2004 |

**MOTION TO WITHDRAW THE PETITION FOR
EXAMINATION OF JUDGMENT DEBTOR**

The Plaintiffs recovered a Default Judgment against ADL Concrete Construction Co., Inc. and Sam Lomaglio, a Connecticut corporation with a principal place of business at 33 Shepard Street, Newington, Connecticut 06111, in the United States District Court for the District of Connecticut at Hartford on February 16, 2003 for *$20,330.69*. Pursuant to Plaintiffs' Motion, the Court scheduled a hearing for Examination of the Judgment Debtor for January 6, 2004 at 2:30 P.M. Plaintiffs have discussed payment with the Defendant and

1
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

the matter of payment is to be addressed at a meeting in a couple of weeks with the Defendants' bonding company.

Based on the above, the Plaintiffs respectfully request to Withdraw the Examination of Judgment Debtor indefinitely and without prejudice.

THE PLAINTIFFS,

By: /s/ Thomas M. Brockett
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Withdraw the Petition for Examination of Judgment Debtor has been mailed, first-class and postage prepaid, this 5th day of January 2004 to the following:

ADL Concrete Construction Co., Inc.
c/o Its Agent for Service
Sam Lomaglio
48 Davenport Road
West Hartford, CT 06110

Sam Lomaglio
78 Hickory Hill Road
Kensington, CT 06037

_____
THOMAS M. BROCKETT

TMB.CLF:ADL CONCRETE.2003
Motion to Withdraw Examination of Judgment Debtor 1-5-04

3