UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JAN 13 A 11: 43

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS HEALTH FUND, ET AL., : Plaintiffs, : v. : ADL CONCRETE CONSTRUCTION CO., INC., ET AL., : Defendants. : | CASE NO. 3:02CV1964 (RNC) |

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___   To supervise discovery and resolve discovery disputes;

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___   To conduct settlement conferences;

___   To conduct a prefiling conference;

___   To assist the parties in preparing a joint trial memorandum;

_X_   A ruling on the following pending motions:
       Petition for Examination of Judgment Debtor [doc. 17]

So ordered.

Dated at Hartford, Connecticut this /12 day of January 2005.

Robert N. Chatigny
United States District Judge