UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND<br><br>Plaintiffs<br><br>VS.<br><br>ADL CONCRETE CONSTRUCTION CO., INC. and SAM LOMAGLIO<br><br>Defendants | Civil Action No.<br>3:02-CV-1964 (RNC)<br><br><br><br><br>March 29, 2005 |

## MOTION TO WITHDRAW THE PETITION FOR
## EXAMINATION OF JUDGMENT DEBTOR

The Plaintiffs recovered a Default Judgment against ADL Concrete Construction Co., Inc. and Sam Lomaglio, a Connecticut corporation with a principal place of business at 33 Shepard Street, Newington, Connecticut 06111, in the United States District Court for the District of Connecticut at Hartford on February 16, 2003 for *$20,330.69*. Pursuant to Plaintiffs' Motion, the Court scheduled a hearing for Examination of the Judgment Debtor for March 31, 2004 at 10:00AM. Plaintiffs have been advised that the Defendant has

obtained counsel in this matter and the parties are engaged in settlement discussions regarding payment of the judgment.

Based on the above, the Plaintiffs respectfully request to withdraw the Examination of Judgment Debtor indefinitely and without prejudice.

THE PLAINTIFFS,

By: *[signature]*
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873

# CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Withdraw the Petition for Examination of Judgment Debtor has been mailed, first-class and postage prepaid, this 29th day of March 2005 to the following:

ADL Concrete Construction Co., Inc.
c/o Its Agent for Service
Sam Lomaglio
48 Davenport Road
West Hartford, CT 06110
*[by fax transmission (860) 236-4443]*

Sam Lomaglio
78 Hickory Hill Road
Kensington, CT 06037

William A. Roberto, Esq.
381 Hubbard Street
Glastonbury, CT 06033

THOMAS M. BROCKETT

TMB.CLF:ADL CONCRETE.2003
Motion to Withdraw Examination 3-29-05