STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND<br><br>Plaintiffs<br><br>VS.<br><br>ADL CONCRETE CONSTRUCTION CO., INC. and SAM LOMAGLIO<br><br>Defendants | Civil Action No.<br>3:02-CV-1964 (RNC)<br><br><br><br><br><br><br><br><br>May 10, 2006 |

### PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

TO THE HONORABLE ROBERT N. CHATIGNY, UNITED STATES DISTRICT JUDGE:

The undersigned respectfully represents:

1.    That the Plaintiffs recovered a Judgment against ADL Concrete Construction, Inc. and Sam Lomaglio, a Connecticut corporation with a principal place of business at 33 Shepard Street, Newington, Connecticut 06111 in the United States District Court for the District of Connecticut at Hartford on February 16, 2003 for *$20,330.69*.

2. Defendants have failed and refused to pay any amounts toward said Judgment.

WHEREFORE, the Plaintiffs request, pursuant to Fed.R.Civ.P. 69(a) and Connecticut General Statutes Sec. 52-397, that the Defendant, Sam Lomaglio, as Judgment Debtor, be ordered to appear before this Court or some other judge of the United States District Court or before a committee appointed by you, in said United States District Court, then and there to be examined on oath concerning his property and the property of ADL Concrete Construction Co., Inc. and their collective means of paying this Judgment.

THE PLAINTIFFS,

By: _____
Thomas M. Brockett, Esq.
ROBERT M. CHEVERIE &
 ASSOCIATES, P.C.
Commerce Center One
333 East River Drive
Suite 101
East Hartford, CT 06108-4201
Tele. No.: (860) 290-9610
Fed. Bar No.: ct 10873
e-mail: tbrockett@cheverielaw.com

2

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATION

I hereby certify that a copy of the foregoing Petition for Examination of Judgment Debtor and Order for Examination and Notice have been mailed, first-class and postage prepaid, this 10th day of May 2006 to the following:

ADL Concrete Construction Co., Inc.
c/o Its Agent for Service
Sam Lomaglio
48 Davenport Road
West Hartford, CT 06110

Sam Lomaglio
78 Hickory Hill Road
Kensington, CT 06037

_____
THOMAS M. BROCKETT

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719