UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND<br><br>Plaintiffs<br><br>VS.<br><br>ADL CONCRETE CONSTRUCTION CO., INC. and SAM LOMAGLIO<br><br>Defendants | Civil Action No.<br>3:02-CV-1964 (RNC)<br><br><br><br><br><br>May ___, 2006 |

### ORDER FOR EXAMINATION AND NOTICE

TO ANY PROPER OFFICER:

The foregoing application having been presented to the Court, it is

Ordered that Sam Lomaglio of ADL Concrete Construction Co., Inc. appear before the undersigned or before _____, Judge of the United States District Court for the District of Connecticut at _____, Connecticut on _____, 2006 at _____ AM/PM then and there to be examined under oath concerning its property and means of paying the Judgment described in the Application.

NOW, THEREFORE, by authority of the United States of America, you are hereby commanded to give notice of the pendency of the application and summon the judgment debtor to appear at the place, date and time set for the examination by serving on him, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing application and of this Order at least _____ days before the date of the hearing.

Hereof fail not, but due service and return make.

Dated at _____, Connecticut, this \_\_\_\_\_ day of _____, 2006.


_____
ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE

TMB.CLF:ADL CONCRETE.2005
Petition for Examination of Judgment Debtor 5-8-06

2

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719