*Casen*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TRUSTEES OF THE CONNECTICUT          :
LABORERS' HEALTH FUND, ET AL.,       :
                                     :
    Plaintiffs,                      :
                                     :
    v.                               :        CASE NO. 3:02-CV-1964 (RNC)
                                     :
                                     :
ADL CONCRETE CONSTR. CO., INC. &     :
SAM LOMAGLIO,                        :
                                     :
    Defendants.                      :

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_\_  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_\_  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_\_  To conduct settlement conferences (orefmisc./cnf);

\_\_\_\_  To conduct a prefiling conference (orefmisc./cnf);

\_\_\_\_  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X__  A ruling on the following pending motions (orefm.):_____
Petition for Examination of Judgment Debtor [Doc. # 23]
_____
_____

So ordered.

Dated at Hartford, Connecticut this _/L_ day of May 2006.

_____
Robert N. Chatigny
United States District Judge