UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
TRUSTEES OF THE CONNECTICUT    :
LABORERS HEALTH FUND ET AL.,   :
                               :
     Plaintiffs,               :
                               :
          v.                   :    CASE NO. 3:02CV1964(RNC)
                               :
ADL CONCRETE CONSTRUCTION CO.  :
INC. and SAM LOMAGLIO,         :
                               :
     Defendants.               :
```

ORDER FOR EXAMINATION AND NOTICE

Pending before the court is the plaintiffs' "Petition for Examination of Judgment Debtor." (Doc. #23.)  The petition is GRANTED.

It is hereby ORDERED that the defendants ADL CONCRETE CONSTRUCTION, INC. and SAM LOMAGLIO appear before the undersigned on **July 18, 2006**, at **9:30 a.m.**, at the United States District Court, East Courtroom, 450 Main Street, Hartford, Connecticut, then and there to be examined under oath concerning their property and means of paying the above judgment as described in the plaintiff's application.

The plaintiffs are commanded to give notice of the pendency of this application and summon the judgment debtors to appear at the place, date and time set forth for the examination by serving them, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing petition and of this Order at least six days before the date of

the hearing.

    Hereof fail not, but due service and return make.

    Notice is hereby given to the judgment debtors that failure to comply with this order (appear before the court at the time and place stated) may subject the debtor served to sanctions, including being held in contempt of court.

    SO ORDERED at Hartford, Connecticut this 26th day of June, 2006.

                                          /s/
                                 Donna F. Martinez
                                 United States Magistrate Judge